JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | TANYA R.D.,[1]

Case No. 5:21-cv-00525-JC

12 |               Plaintiff,

JUDGMENT

13 |        v.

14 | KILOLO KIJAKAZI, Acting
15 | Commissioner of Social Security,

16
17 |               Defendant.

18

       IT IS HEREBY ADJUDGED that the decision of the Commissioner of

19

Social Security Administration is AFFIRMED.

20

DATED:  September 8, 2021

21
22
23

_____
/s/

24

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

25
26

_____

27 | [1]Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with
Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on
28 | Court Administration and Case Management of the Judicial Conference of the United States.